IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 07-mj-00021-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EUGENE DARRELL WELLS,

    Defendant.

---

ORDER

---

    This matter came on for identity hearing and detention hearing on September 13, 2007 before Magistrate Judge Gudrun J. Rice in the United States District Court for the District of Colorado in Grand Junction, CO. Appearing were Wyatt Angelo, Assistant U.S. Attorney, for the Government and Edward Nugent for the Defendant. The Defendant appeared in custody.

    The Defendant was arrested in the District of Colorado on a warrant for arrest issued in the Southern District of Texas on a petition for revocation of supervised release. The Defendant is charged with 1): failing to file written reports with his probation officer for the months of February 2007, April 2007 and May 2007 and failing to contact his supervising officer since June 19, 2007 and 2): failure to pay as directed the $1500.00 fine imposed in this matter.

    The alleged violations of supervised release did not occur in Colorado, the district of arrest. The government has produced copies of the judgment, warrant and warrant application. The Defendant has stipulated to identity and has waived identity hearing. In accordance with Rule 32.1 of the Federal Rules of Criminal Procedure, the district of arrest must transfer the Defendant to the United States District Court for the Southern District of Texas. It is so Ordered.

    In accordance with Rule 32.1 (6) of the Federal Rules of Criminal Procedure the magistrate judge may release or detain the person under 18 U.S.C. 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the Defendant.

    I find by clear and convincing evidence, based on the information provided at

the detention hearing, that the Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released. Specifically I find that the Defendant paid the balance due on his fine on September 12, 2007. I further find that the Defendant is an over the road truck driver who regularly drives, on contract with the Chrysler Corporation, from Texas through Colorado to Seattle, Washington and back, with the knowledge and consent of his probation officer. The Defendant, if detained, risks loss of his truck, which is currently impounded in Montrose, Colorado, and risks loss of his employment. The Defendant has promised to appear in the United States District Court for the Southern District of Texas at his next scheduled court date on September 27, 2007 at 10:00 a.m. The Defendant has also promised to call his probation officer every day, using his cell phone. (Numbers: 719-306-7682 or 303-330-8852)

Accordingly, I find that there are conditions of release that will reasonably assure the appearance of the Defendant as required and the safety of the community. I **ORDER** the release of the Defendant subject to the terms and conditions set forth in the Order setting conditions of release.

Dated this 13th day of September, 2007.

FOR THE COURT

_____
Gudrun J. Rice
U.S. Magistrate Judge